UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-10688 PA (MAAx) | Date | May 22, 2024 |
|---|---|---|---|
| Title | Guadalupe Triner v. Costco Wholesale Corporation | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

     The Court is in receipt of the Declarations filed by Daniel Azizi, Esq. and Andrew Morrow, III, Esq. in response to the Court's April 29, 2024 Order to Show Cause regarding Sanctions. (Docket Nos. 25, 26.) The declarants, partners at the Downtown L.A. Law Group and former counsel for Plaintiff Guadalupe Triner ("Plaintiff"), were ordered to show cause why they should not be sanctioned for failing to respond to the Court's April 8, 2024 Order.

     On March 1, 2024, the Court granted the Motion to Disqualify Plaintiff's Attorney of Record Downtown L.A. Law Group ("Motion") filed by defendant Costco Wholesale Corporation ("Costco" or "Defendant"). (Docket No. 21. In its Order granting the Motion, the Court ordered Plaintiff to file notice with the Court by no later than April 1, 2024 that she had retained new counsel or had elected to proceed pro se. (Docket No. 21.) The Court further ordered that Plaintiff and her new counsel, if any, must comply with the Local Rules governing substitution of attorneys. See Local Rule 83-2.3.3 (requiring an individual whose representation by an attorney of record ceases to appoint another attorney by a signed substitution of attorney form or appear pro se). (Id.)

     Plaintiff did not file any response to the Court's March 1, 2024 Order. Thus, on April 8, 2022, in order to ensure that Plaintiff had received actual notice, the Court extended Plaintiff's time to respond to the March 1, 2024 Order, and further ordered Plaintiff's former counsel, Daniel Azizi and Andrew Murray Morrow, III of the Downtown LA Law Group, ("Former Counsel") to file a declaration containing certain information relevant to their representation of Plaintiff. (Docket No. 22.) The Court ordered Former Counsel to file this declaration no later than April 22, 2024, and warned that Former Counsels' failure to respond might result in the imposition of monetary or other sanctions.

     There was no response to the Court's April 8, 2022 Order. Accordingly, on April 29, 2024 the Court ordered Former Counsel show cause why this action should not be dismissed without prejudice, and also why Former Counsel should not be sanctioned in an amount up to $2,500 for failing to respond to the Court's April 8, 2022 Order ("OSC"). (Docket No. 23.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-10688 PA (MAAx) | Date | May 22, 2024 |
|---|---|---|---|
| Title | Guadalupe Triner v. Costco Wholesale Corporation | | |

      The Court has considered the declarations filed by Mr. Azizi and Mr. Morrow in response to its OSC. Mr. Azizi states that Mr. Morrow was assigned to handle the Triner matter with his assistance, and does not address the failure to respond to the Court's OSC. (Docket No. 26.) Mr. Morrow represents that he was diligent, and ultimately successful, in the efforts to find new counsel for Plaintiff, but failed to keep the Court apprised of these efforts. (Docket No. 25.) Mr. Morrow also states that he did not "willingly" ignore the Court's April 8, 2024 Order, but somehow deleted or missed the email notifying him of the order. (Id.)

      The fact remains that Former Counsel was served with the Court's Order through the electronic filing system, and failed to respond.[1] Accordingly, the Court finds that sanctions are warranted, and sanctions Mr. Azizi and Mr. Morrow in the amount of $500 each, for total of $1,000. The sanctions are payable to the Clerk of the Court. Alternatively, the sanctions may be satisfied through the donation of $250 each ($500 total) in books or school supplies to the children at a public school located within a five-mile radius of the First Street Courthouse. Mr. Azizi and Mr. Morrow shall each file a declaration signed under penalty of perjury attesting to compliance with this Order by no later than June 5, 2024. Failure to comply with this Order may result in the imposition of further sanctions.

      IT IS SO ORDERED.

---

[1] The electronic filing system shows that the Court's April 8, 2024 Order was emailed to Mr. Azizi's email address, daniel@downtownlalaw.com.