# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE TRINER, | **CASE NO**: **2:23-CV-10688-PA-MAA** |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulated Protective Order.

///

///

///

**IT IS SO ORDERED.**

Dated: 10/23/2024

_____
Maria A. Audero
United States Magistrate Judge

Submitted by:
DEBORAH S. TROPP, ESQ. – BAR NO. 162613
KEVIN J. CASTELLANOS, ESQ. – BAR NO. 351587
McNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
Phone: (949) 259-2890
Fax:      (949) 259-2891
Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER
CASE NO: 2:23-CV-10688-PA-MAA

## **CERTIFICATE OF SERVICE**

I hereby certify on October 22, 2024 I electronically filed the foregoing: **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑    **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on October 22, 2024, at Newport Beach, California.

*/s/ Kevin J. Castellanos*
Kevin J. Castellanos, Esq.