UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-10688-CV (MAAx) | Date | July 8, 2026 |
| Title | *Guadalupe Triner v. Costco Wholesale Corporation, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Cynthia Valenzuela, United States District Judge |

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On January 30, 2026, the Court issued an order granting Plaintiff's former counsel leave to withdraw as counsel. Doc. # 87. The Court further ordered the parties to "meet and confer within forty five days from the entry of [the] Order regarding a new trial date, final pretrial conference date, and any related deadlines that the parties believe need to be reset." *Id.* at 3. And ordered that "[t]he parties shall file a status report with either the agreed upon dates, or each party's proposed dates, and shall indicate whether a scheduling conference in front of the Court is requested." *Id.*

On March 5, 2026, new counsel filed a notice of appearance on behalf of Plaintiff. Doc. # 89.

On March 26, 2026, Defendant Costco Wholesale Corporation filed a Unilateral Scheduling Conference Report, indicating that Plaintiff's new counsel refused to meet and confer regarding the Court's prior order, and indicating that Plaintiff's counsel failed to include proposed dates in the report drafted by Defendant. Doc. # 90.

In light of the foregoing, Plaintiff is ordered to show cause, in writing, no later than **July 24, 2026**, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of a new joint status report as an appropriate response to this Order to Show Cause. The status report should indicate that (1) the parties have met and conferred in person or via telephone, (2) proposed case dates and deadlines, and (3) whether the parties request a scheduling conference in front of the Court.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**